UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

BRENDA BEASOCK

Plaintiff,

    **-v.-**

Civil Action No.
6:12-cv-1355 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

Defendant.

--------------------------------------------------------------------------------

APPEARANCES:                OF COUNSEL:

**FOR THE PLAINTIFF:**

Office of Peter W. Antonowicz      PETER W. ANTONOWICZ, ESQ.
148 West Dominick Street
Rome, New York 13440

**FOR THE DEFENDANT:**

Social Security Administration      SIXTINA FERNANDEZ, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE

## <u>ORDER</u>

The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed December

13, 2013. Following fourteen (14) days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed December 13, 2013 (Dkt. No. 20) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that Beasock's request to remand this action is DENIED and the Commissioner's decision is AFFIRMED; and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated:      February 4, 2014
            Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court

2